FILED
CLERK, U.S. DISTRICT COURT

12/17/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>AMANDA LYNN GULLESSERIAN,<br>   aka "Phyllisha Anne,"<br>   aka "Amanda Lynn McGuire,"<br>   aka "Amanda Boisvert,"<br><br>          Defendant. | CR No. 2:24-CR-00752-MEMF<br><br>I N D I C T M E N T<br><br>[29 U.S.C. § 501(c): Embezzlement and Theft of Labor Union Assets] |

The Grand Jury charges:

[29 U.S.C § 501(c)]

Beginning at least on or about December 17, 2019, and continuing through at least on or about May 4, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant AMANDA LYNN GULLESSERIAN, also known as ("aka") "Phyllisha Anne," aka "Amanda Lynn McGuire," aka "Amanda Boisvert," while an officer of the International Entertainment Adult Union ("IEAU"), a labor organization engaged in an industry affecting interstate and foreign commerce, knowingly and with intent to defraud, embezzled, stole, and

unlawfully and willfully abstracted and converted to her own use, the money, funds, securities, property, and other assets of the IEAU, by using a debit card linked to the IEAU's bank account to pay for approximately $3,873.50 of the personal expenses of defendant GULLESSERIAN.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

DAVID C. LACHMAN
Assistant United States Attorney
Terrorism and Export Crimes Section